# Exhibit A

Brian R. Lehrer, Esq. 017971991
SCHENCK, PRICE, SMITH & KING, LLP
Country Club Plaza
West 115 Century Road
Paramus, New Jersey 07652
(201) 262-1600
Attorneys for Plaintiff

| | |
|---|---|
| HJA LOGISTICS, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>R. SANFILIPPO & ASSOCIATES, INC.,<br><br>          Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br><br>DOCKET NO. MID-L-5565-17<br><br>CIVIL ACTION<br><br>**SUMMONS** |

### *R. SANFILIPPO & ASSOCIATES, INC.*

FROM THE STATE OF NEW JERSEY, TO THE DEFENDANT NAMED ABOVE:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A $175.00 filing fee in Law Division or a $175.00 filing fee in Chancery Division payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

{01850946.DOC;1 }

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford and attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: November 8, 2017                    /s/ Michelle M. Smith
                                           MICHELLE M. SMITH,
                                           Clerk of the Superior Court

Name of defendant to be served:    R. Sanfilippo & Associates, Inc.

Address of defendant to be served: c/o Robert Sanfilippo, CEO
                                   1911 Allison Drive
                                   N. Bellmore, NY 11710

{01850946.DOC;1 }

## DEPUTY CLERK ADDRESSES and LAWYER REFERRAL - LEGAL SERVICES NOS.

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL (609) 345-3444
LEGAL SERVICES (609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main Street
Hackensack, NJ 07601-0769
LAWYER REFERRAL (201) 488-0044
LEGAL SERVICES (201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attention: Judicial Intake
1st Floor, Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL (609) 261-4862
LEGAL SERVICES (609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Floor, Hall of Records
101 S. Fifth Street
Camden, NJ 08103
LAWYER REFERRAL (609) 964-4520
LEGAL SERVICES (609) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL (609) 463-0313
LEGAL SERVICES (609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL (609) 692-6207
LEGAL SERVICES (609) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
237 Hall of Records
465 Dr. Martin Luther King, Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL (973) 622-6207
LEGAL SERVICES (973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attention: Intake
1st Floor, Court House
1 North Broad Street, P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL (609) 848-4589
LEGAL SERVICES (609) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL (201) 798-2727
LEGAL SERVICES (201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08862
LAWYER REFERRAL (908) 735-2611
LEGAL SERVICES (908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL (609) 585-6200
LEGAL SERVICES (609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Administration Bldg., 3rd Floor
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL (732) 828-0053
LEGAL SERVICES (732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
71 Monument Park, West Wing
P.O. Box 1262
Court House, East Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL (732) 431-5544
LEGAL SERVICES (732) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl., P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL (973) 267-5882
LEGAL SERVICES (973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL (732) 240-3666
LEGAL SERVICES (732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL (973) 278-9223
LEGAL SERVICES (973) 345-7171

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL (609) 678-8363
LEGAL SERVICES (609) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL (908) 685-2323
LEGAL SERVICES (908) 231-0840

**SUSSEX COUNTY:**
Deputy clerk of the Superior court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL (973) 267-5882
LEGAL SERVICES (973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL (908) 353-4715
LEGAL SERVICES (908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL (973) 267-5882
LEGAL SERVICES (908) 475-2010

Brian R. Lehrer, Esq. 017971991
SCHENCK, PRICE, SMITH & KING, LLP
Country Club Plaza
West 115 Century Road
Paramus, New Jersey 07652
(201) 262-1600
Attorneys for Plaintiff

| | |
|---|---|
| HJA LOGISTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> R. SANFILIPPO & ASSOCIATES, INC., <br><br> Defendant. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION: MIDDLESEX COUNTY <br><br> DOCKET NO. MID-L-_____ <br><br> CIVIL ACTION <br><br> **COMPLAINT** |

The plaintiff, HJA Logistics, Inc., a limited liability corporation of the State of New Jersey with offices at 26 Papetti Plaza, Elizabeth, New Jersey 07206, by way of Complaint against the defendant, hereby says:

<u>COUNT ONE</u>

1. The plaintiff is a limited liability company of the State of New Jersey with offices at 1600 Livingston Avenue, North Brunswick, New Jersey.

2. The defendant R. Sanfilippo & Associates, Inc. is a licensed insurance broker with offices located at 66 Mineola Avenue, Roslyn Heights, NY 11577.

3. At all times mentioned herein, the defendant R. Sanfilippo & Associates, Inc. was a licensed insurance broker in the State of New Jersey.

{01797617.DOC;1}

4. In or about the year 2015, the plaintiff retained the defendant R. Sanfilippo & Associates, Inc. to procure a policy of insurance to cover the plaintiff for general liability and fire.

5. The defendant procured a policy of insurance for the plaintiff.

6. On or about July 22, 2015, a fire occurred at 1600 Livingston Avenue, North Brunswick, New Jersey wherein property of others held by the plaintiff was destroyed.

7. By letter of August 19, 2015, plaintiff was advised by its insurance company Westco Insurance Company that the plaintiff's policy did not provide insurance coverage for the loss, nor did the policy provide a defense for any lawsuits arising out of the loss.

8. Subsequently, the plaintiff became a defendant in numerous lawsuits filed in the County of Middlesex, State of New Jersey arising out of the loss which occurred on July 22, 2015.

9. As a result of the defendant R. Sanfilippo & Associates, Inc.'s negligence, the plaintiff does not have insurance coverage for the loss and, therefore, has suffered damages and will continue to suffer damages.

10. The defendant's failure to procure a policy of insurance to cover the fire loss and/or failure to advise the plaintiff that the policy would not provide coverage for a fire loss for the property of others and/or a defense to lawsuits arising out of a loss for property of others, breached the standard of care.

11. As a result of the defendant's breach of the standard of care, plaintiff has been caused to suffer damages.

WHEREFORE, plaintiff demands judgment against the defendant R. Sanfilippo & Associates, Inc. for negligence/professional malpractice for damages plus pre-judgment interest, post-judgment interest, attorney's fees and any other relief this Court deems just and equitable.

## COUNT TWO

1. The plaintiff repeats and reiterates all of the allegations of the first count of the

Complaint as if same were set forth more fully herein at length.

2. The plaintiff and the defendant entered into a contract wherein the defendant agreed to procure insurance coverage for the potential liabilities of the plaintiff.

3. As a result of the defendant's breach of contract, plaintiff does not have insurance coverage for a loss sustained on July 22, 2015 and, therefore, has suffered damages.

WHEREFORE, plaintiff demands judgment against the defendant R. Sanfilippo & Associates, Inc. for damages for breach of contract plus pre-judgment interest, post-judgment interest, attorney's fees and any other relief this Court deems just and equitable.

### JURY DEMAND

Plaintiff hereby demands a trial by jury as to all issues so triable.

### DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of R. 4:25-4, the court is advised that Brian R. Lehrer, Esq. is hereby designated as trial counsel.

### CERTIFICATION PURSUANT TO R. 4:5-1

Pursuant to R. 4:5-1, it is hereby certified that this matter is the subject of a lawsuit pending in Middlesex County entitled Star Indemnity v. HJA Logistics, et al., MID-L-4230-16 and Alumil NA Corp., et al. v. HJA Logistics, et al., MID-L-1582-16.

SCHENCK, PRICE, SMITH & KING, LLP
Attorneys for Plaintiff

By: _____
Brian R. Lehrer

Dated: September 20, 2017

{01797517.DOC;1}

3

MID-L-005565-17   09/20/2017 12:38:29 PM   Pg 1 of 1 Trans ID: LCV2017227669

# Civil Case Information Statement

### Case Details: MIDDLESEX | Civil Part Docket# L-005565-17

Case Caption: HJA LOGISTICS, INC.  VS R. SANFILIPPO & ASSO CIA
Case Initiation Date: 09/20/2017
Attorney Name: BRIAN R LEHRER
Firm Name: SCHENCK PRICE SMITH & KING, LLP
Address: 220 PARK AVENUE
FLORHAM PARK NJ 07932
Phone:
Name of Party: PLAINTIFF : HJA Logistics, Inc.
Name of Defendant's Primary Insurance Company (If known): Unknown

Case Type: PROFESSIONAL MALPRACTICE
Document Type: Complaint with Jury Demand
Jury Demand: YES - 6 JURORS
Hurricane Sandy related? NO
Is this a professional malpractice case? YES
Related cases pending: YES
If yes, list docket numbers: MID-L-4230-16 MID-L-1582-16
Do you anticipate adding any parties (arising out of same transaction or occurrence)? NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant Individual management or accelerated disposition:


Do you or your client need any disability accommodations? NO
   If yes, please identify the requested accommodation:


Will an interpreter be needed? NO
   If yes, for what language:


I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

09/20/2017                                                                                                  /s/ BRIAN R LEHRER
Dated                                                                                                            Signed