```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY


                                :    Civil No. 17-12980(BRM)

HJR Logistics, Inc.,
            Plaintiff(s)        :         ORDER
vs.

R. Sanfilippo & Associates, et al.,
            Defendant(s)        :
```

It appearing that proceedings in the above entitled matter having been stayed pending litigation in another court which may become dispositive of the litigation here pending;

It is on this 25th day of January, 2018,

ORDERED that the Clerk Administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings at any time, for good cause shown, for the entry of any stipulation or order, for any other purpose required to obtain a final determination of the litigation.

```
                              S/BRIAN R. MARTINOTTI
                              UNITED STATES DISTRICT JUDGE
```